MARY R. NICHOLS, ADMINISTRATRIX, *vs.* THE TOWN OF
MANCHESTER.

First Judicial District.
Argued October 6th—decided November 1st, 1911.

ACTION to recover damages for personal injuries resulting in the death of the plaintiff's intestate and alleged to have been caused by a defective highway, brought to and tried by the Superior Court in Hartford County, *Williams, J.;* facts found and judgment rendered for the defendant, and appeal by the plaintiff. *No error.*

*Leslie W. Newberry* and *Richard J. Goodman,* for the appellant (plaintiff).

*Theodore M. Maltbie* and *Olin R. Wood,* for the appellee (defendant).

Opinion filed with the clerk of the Superior Court in Hartford County.